[No. 32778-0-I.     Division One.     April 11, 1994.]

PLANET INSURANCE COMPANY, *Respondent*, v. KWOK-HO WONG, ET AL, *Defendants*, EMANOIL MURESAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-29295-5, Jerome M. Johnson, J., entered May 5, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Coleman, J. Now published at 74 Wn. App. 905.

[No. 32462-4-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIN LISA MARIE CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03602-5, Ricardo S. Martinez, J., entered January 19, 1993. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 30156-0-I.     Division One.     April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW A. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02641-2, Mary Wicks Brucker, J., entered January 29, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Baker, JJ.